UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Jacob Geiselhart,

                         Plaintiff,         Civil No. 11-1891 (RHK/JSM)

v.                                    **ORDER OF DISMISSAL**

Brachfeld Law Group, P.C,
LVNV Funding, LLC,

                         Defendants.

---

The Court, having been advised that the above action has been settled, the parties needing additional time to finalize a settlement agreement,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, the Court retaining jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated:   September 12, 2011

                                                       s/Richard H. Kyle
                                                       RICHARD H. KYLE
                                                       United States District Judge